| AOC-060<br>Rev. 9-99<br><br>Commonwealth of Kentucky<br>Court of Justice | <br><br>**CERTIFICATION**<br>**OF COURT RECORDS** | Case No. __14-CI-4649__<br><br>County __FAYETTE__<br><br>Court__CIRCUIT__ |

SPENCER, SIERRA, ET AL                                      PLAINTIFF

VS

MCLAUGHLIN, KEENAN J., ET AL                               RESPONDENT


I, __VINCENT RIGGS, CIRCUIT_____ Clerk of the __FAYETTE CIRCUIT_____ Court,

do certify that the following are true and correct copy(s) of the __COMPLETE AND ENTIRE RECORD OF THE__

__ABOVE STYLED AND NUMBERED CASE.__

_____

_____

_____

as recorded in the Office of the Circuit Clerk of __FAYETTE_____County.

In TESTIMONY WHEREOF witness my hand as Clerk aforesaid, this the __23rd__ day of __DECEMBER__,

__2014__.


_Vincent Riggs_

__FAYETTE CIRCUIT CLERK__
Clerk

By: _____ D.C.


EXHIBIT 1





2. Article Number

7196 9008 9115 5676 5261

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

**TONY HAMPSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF SCOTT COUNTY, KENTUCKY FISCAL COURT BUILDING 120 N. HAMILTON ST. GEORGETOWN , KY 40324**

14-CI-4649

PS Form 3811, January 2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please print clearly)   Kathy Cannon   B. Date of Delivery

C. Signature   X Kathy Cannon   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

Domestic Return Receipt

DEC 2 3 2014

P.O.



DEC 2 2 2014

**COMPLETE THIS SECTION ON DELIVERY**

| | | |
|---|---|---|
| A. Received by (Please Print Clearly) | B. Date of Delivery | |
| *Kathy Cannon* | | |
| C. Signature | | ☐ Agent |
| X *Kathy Cannon* | | ☐ Addressee |
| D. Is delivery address different from item 1? | | ☐ Yes |
| If YES, enter delivery address below: | | ☐ No |

2. Article Number

7196 9008 9115 5676 5247

3. Service Type   CERTIFIED MAIL™

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

BRANDON JOHNSON, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS A DEPUTY
SHERIFF AND EMPLOYEE OF THE SCOTT COUNTY'S
SHERIFF'S OFFICE GEORGETOWN, SCOTT CO
FISCAL COURT BUILDING
120 N. HAMILTON ST
GEORGETOWN, KY 40324   14-CI-4649

Domestic Return Receipt

PS Form 3811, January 2005

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION 3
CASE NO. 14-CI-4649



FILED
ATTEST, VINCENT RIGGS, CLERK
DEC 18 2014
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

SIERRA SPENCER, individually and as Co Administrator of the Estate of
GENEVA ROSE SPENCER, DECEASED, and as Next Friend of
A.D.M., A.L.M., J.M., and S.M., minor children of the deceased;

and

PETE SPENCER, as Co-Administrator
of the Estate of GENEVA ROSE SPENCER                           **PLAINTIFFS**

v.                      **COMPLAINT**

KEENAN J. MCLAUGHLIN
Serve:
        2852 Sandersville Rd.
        Lexington, KY 40511

STEPHEN E. SHEFFIELD
Serve:
        3220 Blenheim Way
        Lexington, KY 40513

BRANDON JOHNSON
        Individually and in his official capacity as a
        Deputy Sheriff and employee of the Scott County
        Sheriff's Office, Georgetown, Scott County, Kentucky
Serve:
        Fiscal Court Building
        120 N. Hamilton St.
        Georgetown, KY 40324

and

TONY HAMPTON,
        Individually and in his Official Capacity as
        the Sheriff of Scott County, Kentucky
Serve:
        Tony Hampton, Sheriff
        Fiscal Court Building
        120 N. Hamilton
        Georgetown, KY 40324

and

UNKNOWN DEFENDANTS                                                    DEFENDANTS
      Persons or entities who participated in the events
      or circumstances surrounding the investigation and subsequent
      police pursuit of Keenan J. McLaughlin
Serve:
      Warning Order Attorney

*   *   *   *   *

Come the Plaintiffs, Sierra Spencer and Pete Spencer as Co-Administrators of the Estate of Geneva Rose Spencer, by counsel, and for their Complaint state as follows:

<b><u>PARTIES</u></b>

1.    The Plaintiff, Sierra Spencer, is and was at all times mentioned herein a resident of the City of Lexington, Fayette County, Kentucky and was appointed as Co-Administrator of the Estate of Geneva Rose Spencer, a deceased person (hereinafter "the Deceased") by the Scott County District Probate Court on April 8, 2014.  This Plaintiff also appears individually as an adult child of the deceased, and also as Next Friend to her siblings, A.D.M., A.L.M., J.M., and S.M., minor children of the deceased.

2.    The Plaintiff, Pete Spencer, is and was at all times mentioned herein a resident of the City of Lexington, Fayette County, Kentucky and was appointed as Co-Administrator of the Estate of Geneva Rose Spencer by the Scott County District Probate Court on April 8, 2014.

3.    The Defendant, Keenan J. McLaughlin, is an individual over the age of eighteen (18), and was at all times mentioned herein a resident of the City of Lexington, Fayette County, Kentucky.

4.    The Defendant, Stephen E Sheffield, is an individual over the age of eighteen (18), who at all times mentioned herein was a resident of Lexington, Fayette County, Kentucky.

5.     The Defendant, Brandon Johnson, is an individual over the age of eighteen (18), and was at all times mentioned herein an employed as a Deputy with the Scott County Sheriff§s Office.  He is made a party defendant to this cause in his individual capacity and in his official capacity as Deputy Sheriff of the Scott County Sheriff's Office, Scott County, Kentucky.

6.     The Defendant, Tony Hampton, is an individual over the age of eighteen (18), and was at all times mentioned herein employed as the Sheriff of Scott County, Kentucky, and was at all relevant times mentioned herein the employer of Defendant Brandon Johnson, and responsible for law enforcement functions of Scott County, Kentucky.  Defendant Hampton is made a party defendant to this cause in his individual capacity and in his official capacity as the Sheriff of Scott County, Kentucky.

7.     The Defendant Unknown Defendants, are persons or entities who participated in the police investigation and subsequent pursuit of Defendant Keenan J. McLaughlin on January 14, 2014, which ended with the motor vehicle collision giving rise to this Cause.  At this time, after a reasonable and diligent investigation, the identities of such persons or entities, there titles or whereabouts, are unknown to Plaintiffs.  These Defendants may be served via Warning Order Attorney.

## JURISDICTION AND VENUE

8.     Venue is proper in the FAYETTE Circuit Court pursuant to KRS 452.450, since the motor vehicle collision giving rise to this action took place in Fayette County, Kentucky.

9.     Jurisdiction is proper in the FAYETTE Circuit Court as the amount sought by the Plaintiffs against each of the Defendants exceeds the minimal jurisdictional limit of this Court, and threshold requirements of KRS 304 Chapter 39 have been met by the Plaintiffs in that Geneva Rose Spencer lost her life and incurred over $1,000.00 in medical bills.

## FACTS

10.    On or about January 14, 2014, in Fayette County, Kentucky, the Defendant Keenan McLaughlin was the operator of a 2003 Audi A6 Automobile, traveling south on Georgetown Road.

11.    Defendant McLaughlin was operating his automobile at a high rate of speed in an effort to elude police officers pursuing him down Georgetown Road.

12.    Defendant Brandon Johnson was the operator of a police vehicle, driving South on Georgetown Road in pursuit of Defendant McLaughlin.

13.    Defendant Johnson was pursuing Defendant McLaughlin in the course and scope of his employment as Deputy Sheriff of the Scott County Sheriff's Office.

14.    Defendant Tony Hampton was the duly elected Sheriff of Scott County on January 14, 2014.

15.    The operator of the fleeing Audi A6 as had been identified by members of law enforcement, including Defendants Johnson and Hampton, and Unknown Defendants, as Keenan J. McLaughlin.

16.    Upon knowledge and belief, the Audi A6 Automobile operated by Defendant McLaughlin was owned by Defendant Stephen E. Sheffield.

17.    On or about January 14, 2014, the Deceased was an occupant in an automobile traveling North on Georgetown Road.

18.    On or about January 14, 2014, while attempting to elude pursuing police officers, including Defendant Johnson, Defendant McLaughlin caused his vehicle to collide with the vehicle occupied by the Deceased head on, causing catastrophic injury and death.

## COUNT I:  NEGLIGENCE/GROSS NEGLIGENCE OF KEENAN J. MCLAUGHLIN

19.   The preceding allegations of this Complaint are reiterated and incorporated by reference herein as if set forth fully in this Section of the Complaint.

20.   On January 14, 2014, the Defendant Keenan McLaughlin so negligently, recklessly, carelessly, and wantonly operated the Audi A6 automobile that he caused it to collide with the vehicle in which the Plaintiff occupied.

## COUNT II:  NEGLIGENCE/GROSS NEGLIGENCE OF BRANDON JOHNSON, TONY HAMPTON, AND UNKNOWN DEFENDANTS

21.   The Plaintiffs hereby restate and re-allege each and every allegation, averment, and statement made in the preceding paragraphs as if specifically stated herein.

22.   On January 14, 2014, the Defendants Brandon Johnson, Tony Hampton and/or Unknown Defendants knew or should have known that pursuing a suspect such as McLaughlin through wet road conditions created an unacceptable risk of injury or death to other motorists, pedestrians, or persons, or property, which was foreseeable to any reasonable person.

23.   On January 14, 2014, these Defendants should have terminated the vehicle pursuit of Defendant McLaughlin.

24.   These Defendants negligently, grossly negligently, recklessly, and wantonly, violated vehicle pursuit policies in the vehicle pursuit of Defendant McLaughlin at a high rate of speed down Georgetown Road.

25.   Defendants Johnson, Hampton, and Unknown Defendants' negligent, grossly negligent, reckless, and wanton actions were the direct and/or proximate cause, or a substantial factor in McLaughlin colliding his automobile with that occupied by the deceased.

26.   The actions of these Defendants in bringing about this collision were done with a complete failure to exercise care, and with a reckless disregard for the lives and safety of others, including the deceased, sufficient to warrant the imposition of punitive damages.

27.   The negligence and gross negligence of the Defendant Johnson is imputed to the Defendant Hampton pursuant to KRS 70.040.

## COUNT III: NEGLIGENT ENTRUSTMENT

28.   The preceding allegations of this Complaint are reiterated and incorporated by reference herein as if set forth fully in this Section of the Complaint.

29.   On January 14, 2014, Defendant Stephen D. Sheffield knew or should have known of the Defendant McLaughlin's propensity for reckless, careless, violent, and illegal operation of a motor vehicle, or that he would otherwise use the motor vehicle for criminal purposes and/or in a manner which otherwise presented a hazard to persons or property.

30.   Despite this knowledge, Defendant Sheffield negligently entrusted the Audi A6 motor vehicle to Defendant McLaughlin.

31.   As a direct and proximate cause of the foregoing negligence by Defendant Sheffield, the deceased was injured, causing her death.

## COUNT IV:  VIOLATIONS OF 42 USC § 1983, ET. SEQ.

32.   The preceding allegations of this Complaint are reiterated and incorporated by reference herein as if set forth fully in this Section of the Complaint.

33.   The actions and/or omissions herein alleged of Defendants Johnson, Hampton and Unknown Defendants were performed and committed under color of state law.

34.   The actions and/or omissions of Defendants Johnson, Hampton, and unknown members of the Scott County Sheriff's Office violated 42 USC § 1983, et. Seq, in that they deprived the deceased, Geneva Rose Spencer,  of her constitutional rights, including, but not limited  to, the fourth amendment and fourteenth amendment of the Constitution of the United

States, as well as her right to life and liberty. Such deprivations were caused by these Defendants without due process of law, and are shocking to the conscience.

## WRONGFUL DEATH AND OTHER DAMAGES TO THE PLAINTIFFS CAUSED BY THE DEFENDANTS

35.    The preceding allegations in this complaint are reiterated and incorporated herein by reference as if fully set forth in this section of the Complaint.

36.    As a direct and proximate result of the reckless, careless, wanton, and negligent conduct of the Defendants, jointly and severally, the Deceased was catastrophically injured, suffering severe and permanent injuries, medical expenses, pain, suffering and emotional anguish until her death, all in an amount within the jurisdiction of this Court.

37.    As a direct and proximate result of the reckless, careless, wanton, and negligent conduct of the Defendants, jointly and severally, the Estate of Geneva Rose Spencer incurred funeral expense, medical expense, pain, suffering, and emotional anguish, and other damages in excess of the jurisdictional minimums of this Court.

38.    The actions and/or omissions of Defendants, jointly and severally, in bringing about this collision were done with a complete failure to exercise care, and with a reckless disregard for the lives and safety of others, including the deceased, sufficient to warrant the imposition of punitive damages.

39.    Plaintiffs Sierra Spencer and Pete Spencer, residents of Fayette County, Kentucky. Plaintiff, are personal representatives of the deceased, Geneva Rose Spencer, and prosecute this action, *inter alia*, for Wrongful Death under K.R.S. 411.130(1), and pray this honorable court for all relief entitled to them under this statute or other relevant law.

40.    As a direct and proximate result of the Defendants' negligent, grossly negligent, willful, reckless, and wanton conduct alleged in this Complaint, Plaintiffs Sierra Spencer,

A.D.M., A.L.M., J.M, and S.M., have suffered the loss of affection, services, and companionship that would have been derived from the Deceased during the children's minority and/or otherwise during their respective lifetimes, damaging the children in an amount to be determined exceeding the minimal jurisdictional minimum for this court.

**WHEREFORE**, Plaintiffs respectfully request as follows:

Judgment against the Defendants, jointly and severally, in an amount within the jurisdiction of this Court for the following:

a.  Past and future medical expenses; and

b.  Past and future physical and mental pain and suffering; and

c.  Lost wages; and

d.  Diminished capacity to labor and earn income; and

e.  Punitive damages; and

f.  Damages consistent with allegations and averments in <u>Count IV</u> of this Complaint;

g.  Loss of Consortium;

h.  Pre-judgment and post-judgment interest.

i.  Trial by Jury.

j.  All fees and costs associated with this action.

k.  All further relief the Court may deem just.

_____
Vincent E. Johnson
Siebert & Johnson, PLLC
500 W. Jefferson St., Suite 1500
Louisville, KY 40202
(502) 589-2246
Fax (502) 589-4488
*Co-Counsel for Plaintiffs*

and

Jonathan K. Kurtz
Spencer Law Group
535 Wellington Way
Suite 330
Lexington, KY 40503
*Co-Counsel for Plaintiffs*

| AOC-105          Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No.  14-CI-4649<br><br>Court   ☑ Circuit   ☐ District<br><br>County   Fayette |

**PLAINTIFF**

SIERRA SPENCER, individually and as Co-Administrator of the Estate of
GENEVA ROSE SPENCER, deceased and Next friend of A.D.M., A.L.M., AND S.M.

PETE SPENCER, as Co-Administrator of the Estate of GENEVA ROSE SPENCER,
deceased

VS.

**DEFENDANT**

KEENAN J. MCLAUGHLIN

2852 Sandersville Road
Lexington                    Kentucky              40511

**Service of Process Agent for Defendant:**

_____
_____
_____
_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

    You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on
the document delivered to you with this Summons.  **Unless a written defense is made by you or** by **an attorney on
your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you
for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the party or parties demanding relief against you are shown on the document
delivered to you with this Summons.

Date:  ___DEC 1 8 2014___, 2_____          _____  Clerk
                                            VINCENT RIGGS, CLERK
                                            FAYETTE CIRCUIT COURT
                                        By: CIVIL DIVISION _____ D.C.
                                            120 N. LIMESTONE STREET C103
                                            LEXINGTON, KENTUCKY 40507

┌─────────────────────────────────────────────────────────────────┐
│                      **Proof of Service**                          │
│  This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:  │
│  _____           │
│  this _____ day of _____, 2_____.                   │
│                      Served by: _____      │
│                      _____Title       │
└─────────────────────────────────────────────────────────────────┘

| AOC-105          Doc. Code: CI | | Case No. | 14-CI-4649 |
| Rev. 1-07 | | | |

AOC-105          Doc. Code: CI
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
CR 4.02; CR Official Form 1

**CIVIL SUMMONS**

Case No. 14-CI-4649

Court  ☑ Circuit  ☐ District

County  Fayette

**PLAINTIFF**

SIERRA SPENCER, individually and as Co-Administrator of the Estate of
GENEVA ROSE SPENCER, deceased and Next Friend of A.D.M., A.L.M., AND S.M.

PETE SPENCER, as Co-Administrator of the Estate of GENEVA ROSE SPENCER,
deceased

VS.

**DEFENDANT**

STEPHEN E. SHEFFIELD

3220 Blenheim Way

Lexington                          Kentucky                          40513

**Service of Process Agent for Defendant:**

_____
_____
_____
_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

     You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

     The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____DEC 1 8 2014_____, 2____        VINCENT RIGGS, CLERK
                                              FAYETTE CIRCUIT COURT                    Sh    Clerk
                                     By:      CIVIL DIVISION                           _____ D.C.
                                              120 N. LIMESTONE STREET C103
                                              LEXINGTON, KENTUCKY 40507

| **Proof of Service** |
|---|
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: _____ |
| this _____ day of _____, 2_____.                                                |
| Served by: _____ |
| _____Title |

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI | <br>**CIVIL SUMMONS** | Case No. | 14-CI-4649 |
|---|---|---|---|---|
| | | | Court | ☑ Circuit ☐ District |
| | | | County | Fayette |

**PLAINTIFF**

SIERRA SPENCER, individually and as Co-Administrator of the Estate of
GENEVA ROSE SPENCER, deceased and Next Friend of A.D.M., A.L.M., AND S.M.
PETE SPENCER, as Co-Administrator of the Estate of GENEVA ROSE SPENCER,
deceased

VS.

**DEFENDANT**

BRANDON JOHNSON, individually and in his official capacity as a Deputy Sheriff and employee
of the Scott County Sheriff's Office, Georgetown, Scott County, Kentucky
Fiscal Court Building, 120 N. Hamilton St.

Georgetown                          Kentucky                          40324

**Service of Process Agent for Defendant:**

_____
_____
_____
_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

     You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the _____ are shown on the document

US Postal Service®
**Certified
Mail™
Receipt**

*Domestic Mail Only
No Insurance
Coverage Provided*

Postage | $
Certified Fee |
Return Receipt Fee
(Endorsement Required) |
Restricted Delivery Fee
(Endorsement Required) |
Total Postage & Fees | $

Postmark
Here

Sent To:
BRANDON JOHNSON, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS A DEPUTY
SHERIFF AND EMPLOYEE OF THE SCOTT COUNTY S
SHERIFF'S OFFICE GEORGETOWN, SCOTT CO
FISCAL COURT BUILDING
120 N. HAMILTON ST
GEORGETOWN, KY 40324    14-CI-4649

PS Form 3800, January 2005    US Postal Service®    **Certified Mail Receipt**

7196 9008 9115 5676 5247

_____ CM _____ Clerk
_____ D.C.

C103
0507

| AOC-105          Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | <br>**CIVIL SUMMONS** | Case No. 14-CH4649<br>Court  ☑ Circuit ☐ District<br>County  Fayette |

**PLAINTIFF**

SIERRA SPENCER, individually and as Co-Administrator of the Estate of

GENEVA ROSE SPENCER, deceased and Next Friend of A.D.M., A.L.M., AND S.M.

PETE SPENCER, as Co-Administrator of the Estate of GENEVA ROSE SPENCER,

deceased

VS.

**DEFENDANT**

TONY HAMPSON, individually and in his official capacity as the

Sheriff of Scott County, Kentucky

Fiscal Court Building, 120 N. Hamilton St.

Georgetown                        Kentucky              40324

**Service of Process Agent for Defendant:**

_____

_____

_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

    You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

US Postal Service®
**Certified Mail™ Receipt**
Domestic Mail Only
No Insurance Coverage Provided

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Postmark Here
Total Postage & Fees  $

Sent To:
TONY HAMPSON, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE
SHERIFF OF SCOTT COUNTY, KENTUCKY
FISCAL COURT BUILDING
120 N. HAMILTON ST.
GEORGETOWN , KY 40324    14-CI-4649

PS Form 3800, January 2005    US Postal Service®    Certified Mail™ Receipt

7146 9008 9115 5678 5231

CLERK
COURT                                              CM
                                                      Clerk
...EET C103
...KY 40507                                           D.C.

...g document) to:

_____
Title

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION 3
CASE NO. 14-CI-4649



FILED
ATTEST, VINCENT RIGGS, CLERK

DEC 1 8 2014

FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

SIERRA SPENCER, individually and as Co Administrator of the Estate of
GENEVA ROSE SPENCER, DECEASED, and as Next Friend of
A.D.M., A.L.M., J.M., and S.M., minor children of the deceased;

and

PETE SPENCER, as Co-Administrator
of the Estate of GENEVA ROSE SPENCER                          PLAINTIFFS

v.                     **AFFIDAVIT FOR APPOINTMENT**
                    **OF WARNING ORDER ATTORNEY**

KEENAN J. MCLAUGHLIN

and

STEPHEN E. SHEFFIELD

and

BRANDON JOHNSON

and

TONY HAMPTON

and

UNKNOWN DEFENDANTS                                         DEFENDANTS

*     *     *     *     *     *

Comes the Affiant, Vincent E. Johnson, and after being sworn states as follows:

1. Affiant is one of the attorneys for Plaintiffs herein and makes this Affidavit in support

of the appointment of warning order attorney for the Unknown Defendants.

2. Affiant states that he has been unable to locate said Defendants.

3. Affiant states his ignorance of such facts as he does not know.

Further, Affiant sayeth not.

_____
Vincent E. Johnson

STATE OF KENTUCKY        )
                        (SS
COUNTY OF JEFFERSON )

    Subscribed and sworn to before me by Vincent E. Johnson this _15th_ day of _December_, 2014.

    My commission expires: _Jan 12, 2016_ .

_____
NOTARY PUBLIC

| AOC- 110    Doc. Code: AWOA<br>Rev. 6-13<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br><br>Rule CR 4.05; 4.07 | <br>**APPOINTMENT OF WARNING<br>ORDER ATTORNEY** | Case No. 14-CI-04649<br>Court    CIRCUIT<br>County    Fayette<br>Division    THREE |

SIERRA SPENCER                                                        PLAINTIFF

VS.

UNKNOWN DEFENDANTS                                          DEFENDANT

       Not later than fifty (50) days after the date of this Order, the above-named Defendant is warned to appear and answer the Complaint/Petition of the above-named Plaintiff filed against him/her.

**TED HOULEHAN**

**(Name of Attorney)**

**226 NORTH UPPER STREET**

**(Address)**

**LEXINGTON, KY 40507**

**859-444-4698**

(Phone number)

a regular practicing attorney of this Court, is appointed to correspond with the Defendant, and to inform him/her by mail concerning the pendency and nature of this action, and to file his/her report in the Clerk's office of this Court within fifty (50) days after the date of this Order.

**DEC 1 8 2014**    , 2

~~FAYETTE CIRCUIT CLERK~~                    Clerk

By:                                                        D.C.

**Commonwealth of Kentucky**
**Fayette County**
**Vincent Riggs**
**Circuit Court Clerk**

Receipt Number: 05-0083520-A
DATE: 12/18/2014
TIME: 03:40 PM
*** (O) CIRCUIT CIVIL FILING ***

CASE NO: 14-CI-04649
RECEIVED FROM: SIEBERT & JOHNSON
ACCOUNT OF: SIERRA SPENCER VS KEENAN MCLAUGHLIN
PARTY NAME: SPENCER, SIERRA

| | | |
|---|---|---|
| 1 | Civil Filing Fee (Q) | 115.00 |
| 2 | ATJ Fee (1) | 20.00 |
| 3 | Court Technology MCFO/K(CT) | 10.00 |
| 4 | Aff Tax Fee MCFO/K(Q) | 5.00 |
| 5 | Court Facilities Fee (I) | 25.00 |
| 6 | Library Fee (L) | 1.00 |
| 7 | Postage/Cert. Mail MCFO(KtH) | 23.08 |
| | TOTAL | $199.08 |
| | CHECK: | $199.08 |
| | ***DIFF: | 0.00 |

*** Check Number: 31887, 31888
*** Credit Card Invoice #:

Balance Due :

Prepared By: VINCE RIGGS/jmg
* MCFO=Money Collected for Others
# CS=Charge for Services
Filing (KYCOURTS)

Page 1 of 1

---

**Commonwealth of Kentucky**
**Fayette County**
**Vincent Riggs**
**Circuit Court Clerk**

Receipt Number: 05-0083521-A
DATE: 12/18/2014
TIME: 03:42 PM
*** (M) CIVIL OTHER ***

CASE NO: 14-CI-04649
RECEIVED FROM: SIEBERT JOHNSON
ACCOUNT OF: SIERRA SPENCER VS KEENAN MCLAUGHLIN
PARTY NAME: SPENCER, SIERRA

| | | |
|---|---|---|
| 1 | Jury Demand /12 CSGW(M) | 60.00 |
| | TOTAL: | $60.00 |
| | CHECK: | $60.00 |
| | ***DIFF: | 0.00 |

*** Check Number 31887
*** Credit Card Invoice #:

Balance Due :

Prepared By: VINCE RIGGS/jmg
* MCFO=Money Collected for Others
# CS=Charge for Services
Filing (KYCOURTS)

Page 1 of 1

# County

# Random Judge Assignment Report

**Court:** | FAYETTE CIRCUIT COURT - CIVIL CASES

**Requestor:** | MaryF **Reference/Case Number:** | 14-ci-4649

**This Case has been Assigned to:** | 3rd | **Division**

Judge James D. Ishmael, Jr. | 622224

**Control Date/Time:** | 12/18/2014   2:58:49PM